NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
FATIMARGENTINA LACAYO (Cal. Bar No. 326248)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 393-5645
    Facsimile: (213) 894-7819
    E-mail: Fatima.Lacayo@usdoj.gov

Attorneys for Federal Defendant_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAY BUTLER,<br><br>                    Plaintiff,<br><br>          v.<br><br>AVIS RENT A CAR SYSTEM, INC., AND STEVEN BROWN,<br><br>                    Defendants. | No. CV<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>[28 U.S.C. § 2679(d)(2)] |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO THE PLAINTIFF:

Pursuant to the provisions of 28 U.S.C. § 2679(d)(2), Federal Defendant hereby removes the above-entitled action from the Superior Court of the State of California, County of Los Angeles, to this Honorable Court.  The grounds for this removal are as follows:

1.    On June 30, 2020, Ray Butler ("Plaintiff") filed a civil action against the Defendant in the Superior Court of the State of California for the County of Los Angeles, entitled Butler vs. Avis Rent a Car System, Inc., as Case No. 20AVCV00417.

A copy of the Complaint is attached as Exhibit 1 and a copy of the Answer is attached as Exhibit 2.  The complaint appears to allege that Defendant Brown, who was acting in his capacity as an employee of the United States Department of Commerce, made contact with the vehicle Plaintiff Butler was driving.

2. This action is one which must be removed to this Court pursuant to 28 U.S.C. § 2679(d)(2) in that Defendant was acting within the course and scope of her employment with the United States of America at all times material to the allegations contained in the claim.  A duly executed Certification of the Chief of the Civil Division for the Central District of California, attesting to the foregoing, is attached hereto as Exhibit 3.  This Court has original jurisdiction over civil actions for money damages for injury or loss of property caused by the negligent or wrongful act or omission of any employee of the Government while acting within the course and scope of his office or employment.  28 U.S.C. § 1346(b)(1).  Additionally, this Court has original jurisdiction over all civil actions arising under the Constitution, law or treaties of the United States.  28 U.S.C. § 1331.

3. Removal is timely under 28 U.S.C. § 2679(d)(2) in that trial of Case No. 20AVCV00417 has not yet commenced.

4. This notice is being filed on behalf of the Federal Defendant and no bond is required under the terms of 28 U.S.C. § 2408 and 28 U.S.C. § 2679(d)(2).

WHEREFORE, the Federal Defendant removes this action now pending in the Superior Court of the State of California, County of Los Angeles. No. 20AVCV00417 to the United States District Court for the Central District of California.

| | | |
|---|---|---|
| 1 | Dated: September 25, 2020 | Respectfully submitted, |
| 2 | | NICOLA T. HANNA<br>United States Attorney |
| 3 | | DAVID M. HARRIS<br>Assistant United States Attorney |
| 4 | | Chief, Civil Division<br>JOANNE S. OSINOFF |
| 5 | | Assistant United States Attorney<br>Chief, General Civil Section |
| 6 | | |
| 7 | | */s/ Fatimargentina Lacayo* |
| 8 | | FATIMARGENTINA LACAYO<br>Assistant United States Attorney<br>Attorneys for Federal Defendant |